

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Leonard Holmes v.  TD Ameritrade, Inc., Steven Newman, Sportspick.com, LLC, Robert J. Abbott, Ruben Alvarez, Yicel Alvarez, 700 Plus Credit National, LLC, 700 Plus Credit, LLC and Solid Ground Investments, LLC

Appellate case number:   01-16-00311-CV

Trial court case number: 2014-10578

Trial court:             151st District Court of Harris County

Date motion filed:       August 7, 2017

Party filing motion:     Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
                               ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd

Date:  January 11, 2018